

**NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES BANKRUPTCY COURT
OAKLAND DIVISION**
1300 Clay St., #300
Oakland, CA 94612
(510) 879-3600



Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Ave.
P.O. Box 36060
San Francisco, CA 94102

Date: May 4, 2007

Re:   **Withdrawal of Reference of the**:
      Bankruptcy Case No.: **07-40129, Compass Fund Management, LLC**
      Adversary Proceeding Case No.: *None*

Dear Clerk:
   Pursuant to the Motion of Withdrawal of Reference for the above-named case to your court, we are herewith transmitting a certified copy of the docket sheet, the "Motion to Withdraw Reference", the "Declaration", "Notice of Pendency of Other Action", and the "Certificate of Service".

   Please acknowledge receipt on the copy of this letter and return it in the enclosed self-addressed envelope.

                              Sincerely,

                              Clerk, U.S. Bankruptcy Court
                              Gloria L. Franklin


                              BY: Joyce Krakue-Windross
                              Deputy clerk



### ACKNOWLEDGMENT OF RECEIPT OF CASE

The papers for the above-named case were received on:

We have assigned the following case number:


                              By:
                              Deputy Clerk