CLOSED

## U.S. Bankruptcy Court
## Northern District of California (Oakland)
## Bankruptcy Petition #: 07-40129
### Internal Use Only

Assigned to: Judge Leslie J. Tchaikovsky
Chapter 7
Involuntary
No asset

Date Filed: 01/12/2007
Date Terminated: 07/18/2007

**Debtor**
Compass Fund Management, LLC
6122 Acacia Avenue
Oakland, CA 94618
SSN: 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

represented by Compass Fund Management, LLC
PRO SE

**Petitioning Creditor**
Roosevelt Fund, L.P., *Petitioner*
c/o KS Global Advisors, Inc.
336 Bon Air Center
#364
Greenbrae, CA 94904
U.S.A.
fka
A.A.G. Roosevelt Fund, L.P.
fka
Anira Advisory Group Roosevelt Fund, L.P.

represented by James S. Monroe
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, CA 94111-3996
(415) 984-8200
Email: jmonroe@nixonpeabody.com

*I hereby certify that the foregoing/annexed instrument is a true and correct copy of the original on file in the Northern District of Calif.*

Dated: 7/27/07

Gloria L. Franklin, Clerk
U.S. Bankruptcy Court

Deputy Clerk

**U.S. Trustee**
Office of the U.S. Trustee /Oak
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612
(510) 637-3200

represented by Laurent Chen
Office of the US Trustee
1301 Clay St.
Oakland, CA 94612
510-637-3200
Email: Laurent.Chen@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 01/12/2007 | 1 | Chapter 7 Involuntary Petition. Fee Amount $299. Filed by Petitioning Creditor (s) Roosevelt Fund, L.P. (attorney James S. Monroe) (Monroe, James) Modified on 1/16/2007 RE: STATISTICAL DATA: FILER SELECTED INDIVIDUAL INSTEAD OF CORPORATION FOR TYPE OF DEBTOR . (pw, ). (Entered: 01/12/2007) |
| 01/12/2007 | 2 | Summons Not Executed on Compass Fund Management, LLC Filed by Roosevelt Fund, L.P. (Monroe, James) Modified on 1/16/2007 WRONG DOCKET EVENT USED. CORRECT PATH IS ADVERSARY->COMPLAINT/SUMMONS-> SUMMONS TO BE ISSUED. (pw, ). (Entered: 01/12/2007) |
| 01/12/2007 | | Receipt of filing fee for Involuntary Petition (Chapter 7)(07-40129) [misc,invol7] ( 299.00). Receipt number 3908651, amount $ 299.00 (U.S. Treasury) (Entered: 01/12/2007) |
| 01/16/2007 | | **CORRECTIVE ENTRY** Court corrected Type of Debtor to Corporation. (RE: related document(s)1 Involuntary Petition (Chapter 7), Involuntary Petition (Chapter 7)). (pw, ) (Entered: 01/16/2007) |
| 01/17/2007 | 3 | Involuntary Summons Issued on Compass Fund Management, LLC . (pw, ) (Entered: 01/17/2007) |
| 02/05/2007 | 4 | Summons Service Executed in an Involuntary Case on Compass Fund Management, LLC 1/22/2007, Answer Due 2/12/2007 Filed by Roosevelt Fund, L.P. (Monroe, James) Modified on 2/6/2007 PDF DOES NOT INCLUDE SUMMONS. (pw, ). (Entered: 02/05/2007) |
| 02/22/2007 | 5 | Stipulation to Extend Time *to respond to involuntary petition* Filed by Interested Party Edward Sewon Ehee (RE: related document(s)4 Involuntary Summons Service Executed filed by Petitioning Creditor Roosevelt Fund, L.P., 1 Involuntary Petition (Chapter 7), Involuntary Petition (Chapter 7) filed by Petitioning Creditor Roosevelt Fund, L.P., Debtor Compass Fund Management, LLC). (Wood, James) (Entered: 02/22/2007) |
| 02/22/2007 | 6 | Certificate of Service (RE: related document(s)5 Stipulation to Extend Time, ). (Wood, James) (Entered: 02/22/2007) |
| 03/29/2007 | 7 | Document: *Request of Roosevelt Fund, L.P., as Petitioning Creditor, for Entry of an Order For Relief Requested in the Involuntary Petition Pursuant to Fed. R. Bankr. P. 1013(b)*. Filed by Petitioning Creditor Roosevelt Fund, L.P. (Attachments: # 1 Proposed Order) (Monroe, James) (Entered: 03/29/2007) |
| 03/30/2007 | 8 | Certificate of Service (RE: related document(s)7 Document, ). (Monroe, James) (Entered: 03/30/2007) |

| Date | Doc # | Description |
|---|---|---|
| 04/05/2007 | 9 | Order Transferring Cases . (pw, ) Modified on 4/6/2007 ERROR; INCORRECT PDF ATTACHED. PLEASE SEE DOC. # 11. (pw, ). (Entered: 04/05/2007) |
| 04/05/2007 | 10 | Judge Leslie J. Tchaikovsky added to case. Involvement of Judge Edward D. Jellen Terminated . (pw, ) (Entered: 04/05/2007) |
| 04/05/2007 | 11 | Order transferring cases. (pw, ) (Entered: 04/06/2007) |
| 04/07/2007 | 12 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)9 Order). Service Date 04/07/2007. (Admin.) (Entered: 04/07/2007) |
| 04/07/2007 | 13 | BNC Certificate of Mailing (RE: related document(s)9 Order). Service Date 04/07/2007. (Admin.) (Entered: 04/07/2007) |
| 04/08/2007 | 14 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)11 Order). Service Date 04/08/2007. (Admin.) (Entered: 04/08/2007) |
| 04/08/2007 | 15 | BNC Certificate of Mailing (RE: related document(s)11 Order). Service Date 04/08/2007. (Admin.) (Entered: 04/08/2007) |
| 04/09/2007 | 16 | Motion for Joint Administration and Request For a Status Conference Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James) (Entered: 04/09/2007) |
| 04/09/2007 | 17 | Notice of Hearing on Roosevelt Fund, L.P.'s Motion For Joint Administration (RE: related document(s)16 Motion for Joint Administration and Request For a Status Conference Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James)). Hearing scheduled for 5/3/2007 at 03:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James) (Entered: 04/09/2007) |
| 04/09/2007 | 18 | Memorandum of Points and Authorities in of Motion for Joint Administration and Request For a Status Conference (RE: related document(s)16 Motion for Joint Administration). Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James) (Entered: 04/09/2007) |
| 04/09/2007 | 19 | Request To Take Judicial Notice in Support of Motion for Joint Administration and Request for a Status Conference (RE: related document(s)16 Motion for Joint Administration). Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James) (Entered: 04/09/2007) |
| 04/09/2007 | 20 | Certificate of Service (RE: related document(s)16 Motion for Joint Administration, 17 Notice of Hearing, 18 Memorandum of Points and Authorities, 19 Request To Take Judicial Notice ). (Monroe, James) Modified on 4/10/2007 COURT CORRECTED LINKAGE TO DOC. #S 17, 18 AND 19 (pw, ). (Entered: 04/09/2007) |
| 04/16/2007 | 21 | Certificate of Service Regarding Proposed Order (RE: related document(s)7 Document, ). (Monroe, James) (Entered: 04/16/2007) |
| 04/17/2007 | 22 | Order for Relief . Incomplete Filings due by 5/2/2007. Order Meeting of Creditors due by 4/24/2007. (pw, ) (Entered: 04/17/2007) |
| 04/19/2007 | 23 | BNC Certificate of Mailing (RE: related document(s)22 Order for Relief (Ch.7)). Service Date 04/19/2007. (Admin.) (Entered: 04/19/2007) |
| 04/25/2007 | 24 | Brief/Memorandum in Opposition to Motion for Joint Administration (RE: related document(s)16 Motion for Joint Administration). Filed by U.S. Trustee Office of the U.S. Trustee /Oak (Attachments: # 1 Certificate of Service) (Chen, Laurent) (Entered: 04/25/2007) |
| 04/26/2007 | 25 | Brief/Memorandum in Opposition to motion for joint administration (RE: related document(s)16 Motion for Joint Administration). Filed by Interested Party Edward Sewon Ehee (Wood, James) (Entered: 04/26/2007) |
| 04/26/2007 | 26 | Brief/Memorandum in Opposition to request for judicial notice (conditional opposition) (RE: related document(s)19 Request To Take Judicial Notice, ). Filed by Interested Party Edward Sewon Ehee (Wood, James) (Entered: 04/26/2007) |
| 04/26/2007 | 27 | Certificate of Service (RE: related document(s)25 Opposition Brief/Memorandum, 26 Opposition Brief/Memorandum). (Wood, James) (Entered: 04/26/2007) |
| 04/30/2007 | 28 | Motion to Withdraw the Reference of the Bankrutpcy Cases of Edward Sewon Ehee, Compass Fund Management, LLC and Compass West Fund, L.P.; Memorandum of Points and Authorites Fee Amount $150. Filed by Creditor Securities & Exchange Commission (jkw, ) Modified on 5/9/2007 FEDERAL GOVERNMENT ENTITY, THEREFORE THE $150 FEE IS WAIVED.(jkw, ). (Entered: 05/03/2007) |
| 04/30/2007 | 29 | Declaration of Xavier Carlos in Support of Motion to Withdraw the Reference of the Bankrutpcy Cases of Edward Sewon Ehee, Compass Fund Management, LLC and Compass West Fund, L.P. (RE: related document(s)28 Motion for Withdrawal of Reference). Filed by Creditor Securities & Exchange Commission (jkw, ) (Entered: 05/03/2007) |
| 04/30/2007 | 30 | Notice of Pendency of Other Action or Proceeding (RE: related document(s)28 Motion to Withdraw the Reference of the Bankrutpcy Cases of Edward Sewon Ehee, Compass Fund Management, LLC and Compass West Fund, L.P.; Memorandum of Points and Authorites Filed by Creditor Securities & Exchange Commission (jkw, ) (Entered: 05/03/2007) |

| Date | Doc # | Description |
|---|---|---|
| 04/30/2007 | 31 | Certificate of Service (RE: related document(s)30 Notice, 28 Motion for Withdrawal of Reference, 29 Declaration). Filed by Creditor Securities & Exchange Commission (jkw, ) (Entered: 05/03/2007) |
| 05/03/2007 |  | MINUTES: HEARING HELD ON 5/3/07 AT 3:00 P.M.. APPEARING: RICHARD PEDONE - FOR ROOSEVELT FUND, PETITIONING CREDITOR, JAMES WOOD (BY TEL.) - FOR DEBTOR EDWARD EHEE, REIDUN STROMSHEIM - FOR CH.7 TRUSTEE IN THE COMPASS WEST FUND CASE, LAURENT CHEN - FOR U.S. TRUSTEE. 1) THE SECURITIES AND EXCHANGE COMMISSION HAS FILED A MOTION TO WITHDRAW THE REFERENCE TO DISTRICT COURT. 2) HEARING CONTINUED TO 6/7/07 AT 3:00 P.M. PENDING THE OUTCOME OF THE MOTION. IF THE HEARING IN DISTRICT COURT IS SET FOR A DATE AFTER 6/7/07, PARTIES MAY CONTACT THE CALENDAR CLERK TO RESCHEDULE THE 6/7/07 HEARING. (RE: related document(s)16 Motion for Joint Administration and Request For a Status Conference Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James)). Hearing to be held on 6/7/2007 at 3:00 PM Oakland Room 201 - Tchaikovsky for 16, (hb, ) (Entered: 05/04/2007) |
| 05/04/2007 | 32 | Document: Transmittal Letter to District Court.(RE: related document(s)30 Notice, 28 Motion for Withdrawal of Reference, 29 Declaration, 31 Certificate of Service). (jkw, ) (Entered: 05/04/2007) |
| 05/14/2007 | 33 | Document: Return Letter re: Withdrawal of Reference with District Court # C 07 2507 MHP . (RE: related document(s)28 Motion for Withdrawal of Reference, 32 Document). (pw, ) (Entered: 05/15/2007) |
| 05/30/2007 | 34 | Document:Plainitff Securities and Exchange Commission's Notification of Hearing Date and Briefing Schedule for Motion to Withdraw Bankruptcy Reference ( District Court C-06-6966SI ). (pw, ) (Entered: 06/01/2007) |
| 06/07/2007 | 35 | **COURT ENTRY** OBJECTION TO MOTION TO WITHDRAW REFERENCE AND CERTIFICATE OF SERVICE THEREON FILED IN BANKRUPTCY COURT. MAILED TO DISTRICT COURT 6/12/07 (RE: related document(s)28 Motion for Withdrawal of Reference Fee Amount $150.). (Attachments: # 1 Certificate of Service) (pw, ) (Entered: 06/12/2007) |
| 06/22/2007 | 37 | District Court's Order Granging SEC's Motion to Withdraw Bankruptcy References. (RE: related document(s)34 Document, 28 Motion for Withdrawal of Reference, 33 Document, 32 Document). (jkw, ) (Entered: 07/20/2007) |
| 07/05/2007 | 36 | MINUTES: HEARING DROPPED ON 7/5/07 AT 3:00 P.M.. NO APPEARANCES. MATTER WAS TAKEN OFF CALENDAR PRIOR TO THE HEARING. DISTRICT COURT HAS WITHDRAWN BANKRUPTCY REFERENCES. (RE: related document(s)16 Motion for Joint Administration and Request For a Status Conference Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James)). (hb, ) (Entered: 07/05/2007) |
| 07/18/2007 |  | Bankruptcy Case Closed . (pw, ) (Entered: 07/18/2007) |