Official Form 5 (10/06)

| United States Bankruptcy Court<br>Northern District of California | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>**COMPASS FUND MANAGEMENT, LLC** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>6122 Acacia Avenue<br>Oakland, CA 94618 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br>ZIP CODE |
| Alemeda                                    94618<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS    ZIP CODE | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>_____ | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>     11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|

| VENUE | FILING FEE (check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br><br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>**See Attached Sheet** | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>      or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

10253777.1

Case 3:07-cv-03995-SI    Document 1-3    Filed 08/03/2007    Page 2 of 3

Official Form 5 (10/06) – Cont.                Name of Debtor: Compass Fund Management, LLC
                                               Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ Khaled Salama
Signature of Petitioner or Representative (State title)

**Roosevelt Fund, L.P.**        January 12, 2007
Name of Petitioner              Date Signed

Name & Mailing Address:    By: KS Global Advisors, Inc.
                           Its: General Partner

Signing in Representative Capacity:    By: Khaled Salama
                                       Its: President

                           336 Bon Air Center #364
                           Greenbrae, CA 94904

x /s/ James S. Monroe                    Jan. 12, 2007
Signature of Attorney                    Date
James Monroe
Nixon Peabody LLP
Name of Attorney Firm (if any)

Two Embarcadero Center, 27th Floor
San Francisco, CA 94111-3996
Address
Tel: (415) 984-8200 - Facsimile: (415) 984-8300
Telephone No.

x_____
Signature of Attorney                    Date
Richard C. Pedone
Nixon Peabody LLP
Name of Attorney Firm (if any)

100 Summer Street
Boston, MA 02110
Address
Tel: (617) 345-1305 - Facsimile: (866) 947-1890
Telephone No.

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner    Date Signed
Name & Mailing
Address of Individual
Signing in Representative
Capacity

x_____
Signature of Attorney                    Date
Name of Attorney Firm (If any)
Address
Telephone No.

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner    Date Signed
Name & Mailing
Address of Individual
Signing in Representative
Capacity

x_____
Signature of Attorney                    Date
Name of Attorney Firm (If any)
Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner: | Nature of Claim | Amount of Claim |
|---|---|---|
| **Roosevelt Fund, L.P.**<br>c/o Richard C. Pedone<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110-2131 | **See Addendum** | $1,400,000.00 plus other unliquidated amounts.<br>**See Addendum** |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___0___ continuation sheets attached

10253777.1

NIXON PEABODY LLP
James Monroe
Paul J. Byrne
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: (415) 984-8238
Facsimile: (415) 984-8300
E-Mail: jmonroe@nixonpeabody.com
pbyrne@nixonpeabody.com
and
Richard Pedone (*Pro Hac Vice – Application To Be Submitted*)
100 Summer Street
Boston, MA 02110-2131
Tel: (617) 345-1305
Fax: (866) 947-1890
E-Mail: rpedone@nixonpeabody.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 7 |
| COMPASS FUND MANAGEMENT, LLC | Case No.: |
| Debtor. | |

### ADDENDUM TO INVOLUNTARY PETITION FILED BY ROOSEVELT FUND, L.P.

This Addendum is submitted with and incorporated in the Involuntary Petition filed against the above captioned debtor (the "Debtor") by Roosevelt Fund, L.P. ("Roosevelt Fund").[1]

On November, 22, 2006, Roosevelt Fund filed a complaint (the "Complaint") against the Debtor alleging, *inter alia*, violation of federal securities laws; breach of contact; unjust enrichment; breach of fiduciary duty; fraud; conspiracy to commit fraud; negligent misrepresentation; fraudulent conveyance; constructive fraudulent conveyance; violation of Cal. Bus. & Prof. Code §17200; constructive trust; and seeking declaratory relief, in the United States District Court for the Northern District of California (San Francisco Division) Case No. 06-7270. The Debtor has failed to answer the Complaint and is subject to default pursuant to Fed. R. Civ. P. 55. In addition, the Debtor is the subject of a complaint brought by the United States Securities and Exchange Commission in the United States District Court for the Northern District of California (San Francisco Division) Case No. 06-6966. Contemporaneously with the filing of this petition cases have also been commenced against Edward Sewon Ehee ("Ehee") who owned and/or controlled the Debtor and against Compass West Fund L.P. an entity owned and/or controlled by Ehee.

---

[1] Roosevelt Fund, L.P. was previously known as A.A.G. Roosevelt Fund, L.P. and its official corporate name was previously Anira Advisory Group Roosevelt Fund, L.P.

10254603.1