# United States Bankruptcy Court

<u>    Northern    </u>    **District of** <u>    California    </u>

In re Compass Fund Management, LLC            Bankruptcy Case No.

Debtor*
Social Security No.    :
Employer Tax I.D. No.:

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor: Compass Fund Management, LLC

A petition under title 11, United States Code was filed against you on <u>January 12, 2007</u>,
                                                                                    *(date)*
in this bankruptcy court, requesting an order for relief under chapter <u>  7  </u> of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 20 days after the service of this summons. A copy of the petition is attached.

> **Address of Clerk**
> U.S. Bankruptcy Court
> Oakland Division
> 1300 Clay Street, #300
> Oakland, CA 94612

At the same time you must also serve a copy of your motion or answer on petitioner's attorney.

> **Name and Address of Petitioner's Attorney**
> James S. Monroe (SBN 102328)
> Nixon Peabody LLP
> Two Embarcadero Center, Suite 2700
> San Francisco, CA 94111-3996

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

_____
Clerk of the Bankruptcy Court

By: _____

_____        _____
Date                                    Deputy Clerk

* Set forth all names, including trade names, used by the debtor within the last 6 years. (Bankruptcy Rule 1005). For joint debtors set forth both social security numbers.

B250E

Case No. _____

## CERTIFICATION OF SERVICE

I,
of**
certify:

    That I am, and at all times hereinafter mentioned was, more than 18 years of age;
    That on the                 day of                     ,
I served a copy of the within summons, together with the petition filed in this case, on




the debtor in this case, by [describe here the mode of service]




the said debtor at








I certify under penalty of perjury that the foregoing is true and correct.


Executed on _____        _____
                [Date]                                                  [Signature]

**State mailing address