UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>COMPASS FUND MANAGEMENT,<br><br>Debtor. | Case No. 07-40129<br><br>Involuntary Chapter 7<br>CERTIFICATE OF SERVICE |

**REQUEST OF ROOSEVELT FUND, L.P., AS PETITIONING CREDITOR, FOR ENTRY OF AN ORDER FOR RELIEF REQUESTED IN THE INVOLUNTARY PETITION PURSUANT TO FED. R. BANKR. P. 1013(B)**

I, Christopher M. Desiderio, hereby certify that on this 30th day of March 2007, I caused a true and correct copy of the Request of Roosevelt Fund L.P., as Petitioning Creditor, for Entry of an Order for Relief Requested in the Involuntary Petition Pursuant to Fed. R. Bankr. P. 1013(b) to be served upon on the following parties by regular mail, postage prepaid:

James D. Wood
Law Offices of James D. Wood
3675 Mt. Diablo Blvd., #250
Lafayette, CA  94549

U.S. Trustee
Office of the U.S. Trustee
1301 Clay St., # 690N
Oakland, CA  94612

Alan Steven Wolf, Esq.
Daniel K. Fujimoto, Esq.
The Wolf Firm, A Law Corporation
38 Corporate Park
Irvine, CA  92606

Compass Fund Management, LLC
6122 Acacia Avenue
Oakland, CA  94618

Dated: March 30, 2007

**NIXON PEABODY LLP**

By: /s/ Christopher M Desiderio
Christopher M. Desiderio
437 Madison Avenue
New York, New York 10022-7001
(212) 940-3000

CERTIFICATE OF SERVICE

10485413.1