Martha G. Bronitsky
Chapter 13 Trustee
24301 Southland Dr.,#200
Hayward, CA 94545-1541
(510) 266-5580
13trustee@oak13.com

Entered on Docket
April 05, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: April 05, 2007

_____
RANDALL J. NEWSOME
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 05-47069-RN13 |
| | (Chapter 13) |
| GINA D RYAN | |
| | In Proceedings Under |
| debtor(s) | Chapter 13 of the |
| _____ | Bankruptcy Code |

**ORDER OF DISMISSAL
AFTER DEFAULT OF STIPULATION TO CURE**

Upon consideration of the declaration dated April 4, 2007 of Martha G. Bronitsky, Chapter 13 Standing Trustee, filed with this Court attesting to the default of debtor(s) under the terms of the plan; and upon the continuing default of the debtor. The Court being satisfied that the debtor(s) entered into a Stipulation with the Trustee and subsequently defaulted on that Stipulation, and upon good cause shown,

IT IS THEREFORE ORDERED that the above-referenced case be dismissed, and that any restraining orders heretofore entered in this case are hereby vacated. The Trustee shall submit at a later date her Trustee's Final Report for approval by the Court.

END OF ORDER

COURT SERVICE LIST

**NAME AND ADDRESS OF DEBTOR(S)**        **NAME AND ADDRESS OF ATTORNEY**

GINA D RYAN                              JOHN C KYLE ATTY
741 DODY DR                              PO BOX 192
MANTECA CA  95337                        MODESTO CA  95353-0192


TOYOTA MOTOR CREDIT CORP                 BAY IMAGING CONSULTANTS MED GR
3200 W RAY RD                            PO BOX 31455
CHANDLER AZ  85226                       WALNUT CREEK CA  94598


CAPITAL ONE/TSYS DEBT MGMT               CBSJ COLLECTIONS
PO BOX 5155                              PO BOX 4115 DEPT 875
NORCROSS GA  30091                       CONCORD CA  94524


CYPRESS COLLECTION SERVICES              DISCOVER FINANCIAL SERVICES
3900 PELANDALE #420                      PO BOX 3025
MODESTO CA  95356                        NEW ALBANY OH  43054


FRANCHISE TAX BOARD                      GLOBAL PAYMENTS
PO BOX 2952                              6215 W HOWARD ST
SACRAMENTO CA  95812-2952                NILES IL  60714


HARRAH'S                                 NASCO
219 N CENTER ST                          10101 HARWIN DR #260
RENO NV  89501                           HOUSTON TX  77036

```
PARAGON WAY  CRED BKRY SRVC          SAN JOAQUIN BAD CHECK RESTITUT
PO BOX 740933                        1163 E MARCH LN #D PMB 803
DALLAS TX   75374                    STOCKTON CA   95210


TARGET NATL BK/RNB/TARGET            TRI-VALLEY PHYSICIANS INC
2101 - 4TH AVE #900                  5575 W LAS POSITAS BLVD
SEATTLE WA   98121                   PLEASANTON CA   94588


UNITED STATES TREASURY               UNIVERSAL FIDELITY CORP
PO BOX 21126                         PO BOX 941911
PHILADELPHIA PA   19114              HOUSTON TX   77094-8911


UNIVERSAL RECOVERY CORP              VALLEY CARE HEALTH SYSTEMS
PO BOX 3003                          1111 E STANLEY BLVD
RANCHO CORDOVA CA   95741            LIVERMORE CA   94550


VANESSA L HARTMAN ATTY               WELLS FARGO BANK
PO BOX 12208                         PO BOX 5058  MAC P6053-021
GREENVILLE SC   29612                PORTLAND OR   97208


WFNNB
220 W SCHROCK RD
WESTERVILLE OH   43081
```