**Entered on Docket**
**April 06, 2007**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: April 05, 2007**

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Compass Fund Management, LLC,<br><br>　　　　Debtor.<br>_____ | No. 07-40129 IJ<br>Chapter 7 |
| In re Compass West Fund, L.P.,<br><br>　　　　Debtor.<br>_____ | No. 07-40130 IN<br>Chapter 7 |

**ORDER TRANSFERRING CASES**

On January 12, 2007, petitioning creditor, Roosevelt Fund, L.P. (herein "Roosevelt") filed an involuntary petition under chapter 7 of the Bankruptcy Code against debtor, Edward Sewon Ehee, in case number 07-40126 IT, which was assigned to the Honorable Leslie Tchaikovsky. Thereafter, Roosevelt filed an involuntary chapter 7 petition in each of the above-captioned cases, which were assigned to other judges of this division.

1  Pursuant to Local Bankruptcy Rule 1015-1(a) and (d), in the
2  interest of the efficient administration of this estate and to
3  avoid conflicting or inconsistent rulings, effective immediately
4  the above-captioned cases are hereby reassigned to the Honorable
5  Leslie Tchaikovsky and shall be referred to hereafter as:

6  *In re Compass Fund Management, LLC* 07-40129 IT

7  *In re Compass West Fund, L.P.*        07-40130 IT

8  **IT IS SO ORDERED.**

                       **\*\*END OF ORDER\*\***