**Entered on Docket**
**April 05, 2007**

GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: April 05, 2007**



1  Martha G. Bronitsky
   Chapter 13 Trustee
2  24301 Southland Dr.,#200
   Hayward, CA 94545-1541
3  (510) 266-5580
   13trustee@oak13.com

4

5  _____
   **RANDALL J. NEWSOME**
6  **U.S. Bankruptcy Judge**

7

8               UNITED STATES BANKRUPTCY COURT
9              NORTHERN DISTRICT OF CALIFORNIA
                     OAKLAND DIVISION
10

11

12  In re                          Case No. 05-47069-RN13
                                        (Chapter 13)
13  GINA D RYAN
                                   In Proceedings Under
14             debtor(s)           Chapter 13 of the
    _____  Bankruptcy Code

15                    **ORDER OF DISMISSAL**
16         **AFTER DEFAULT OF STIPULATION TO CURE**

17      Upon consideration of the declaration dated April 4, 2007

18  of Martha G. Bronitsky, Chapter 13 Standing Trustee, filed with

19  this Court attesting to the default of debtor(s) under the terms

20  of the plan; and upon the continuing default of the debtor.  The

21  Court being satisfied that the debtor(s) entered into a

22  Stipulation with the Trustee and subsequently defaulted on that

23  Stipulation, and upon good cause shown,

24      IT IS THEREFORE ORDERED that the above-referenced case be

25  dismissed, and that any restraining orders heretofore entered in

26  this case are hereby vacated.  The Trustee shall submit at a later

27  date her Trustee's Final Report for approval by the Court.

                        END OF ORDER

COURT SERVICE LIST

NAME AND ADDRESS OF DEBTOR(S)          NAME AND ADDRESS OF ATTORNEY


GINA D RYAN                            JOHN C KYLE ATTY
741 DODY DR                            PO BOX 192
MANTECA CA  95337                      MODESTO CA  95353-0192



TOYOTA MOTOR CREDIT CORP               BAY IMAGING CONSULTANTS MED GR
3200 W RAY RD                          PO BOX 31455
CHANDLER AZ  85226                     WALNUT CREEK CA  94598


CAPITAL ONE/TSYS DEBT MGMT             CBSJ COLLECTIONS
PO BOX 5155                            PO BOX 4115 DEPT 875
NORCROSS GA  30091                     CONCORD CA  94524


CYPRESS COLLECTION SERVICES            DISCOVER FINANCIAL SERVICES
3900 PELANDALE #420                    PO BOX 3025
MODESTO CA  95356                      NEW ALBANY OH  43054


FRANCHISE TAX BOARD                    GLOBAL PAYMENTS
PO BOX 2952                            6215 W HOWARD ST
SACRAMENTO CA  95812-2952              NILES IL  60714


HARRAH'S                               NASCO
219 N CENTER ST                        10101 HARWIN DR #260
RENO NV  89501                         HOUSTON TX  77036

```
PARAGON WAY  CRED BKRY SRVC          SAN JOAQUIN BAD CHECK RESTITUT
PO BOX 740933                        1163 E MARCH LN #D PMB 803
DALLAS TX  75374                     STOCKTON CA  95210


TARGET NATL BK/RNB/TARGET            TRI-VALLEY PHYSICIANS INC
2101 - 4TH AVE #900                  5575 W LAS POSITAS BLVD
SEATTLE WA  98121                    PLEASANTON CA  94588


UNITED STATES TREASURY               UNIVERSAL FIDELITY CORP
PO BOX 21126                         PO BOX 941911
PHILADELPHIA PA  19114               HOUSTON TX  77094-8911


UNIVERSAL RECOVERY CORP              VALLEY CARE HEALTH SYSTEMS
PO BOX 3003                          1111 E STANLEY BLVD
RANCHO CORDOVA CA  95741             LIVERMORE CA  94550


VANESSA L HARTMAN ATTY               WELLS FARGO BANK
PO BOX 12208                         PO BOX 5058  MAC P6053-021
GREENVILLE SC  29612                 PORTLAND OR  97208


WFNNB
220 W SCHROCK RD
WESTERVILLE OH  43081
```

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0971-4          User: pwright          Page 1 of 1                    Date Rcvd: Apr 05, 2007
Case: 07-40129               Form ID: pdfeo         Total Served: 1


The following entities were served by first class mail on Apr 07, 2007.
db          +Compass Fund Management, LLC,    6122 Acacia Avenue,    Oakland, CA 94618-1819

The following entities were served by electronic transmission.
NONE.                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 07, 2007          Signature:    _Joseph Speetjens_