Entered on Docket
April 05, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: April 05, 2007

_____
RANDALL J. NEWSOME
U.S. Bankruptcy Judge
_____

Martha G. Bronitsky
Chapter 13 Trustee
24301 Southland Dr.,#200
Hayward, CA 94545-1541
(510) 266-5580
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

GINA D RYAN

          debtor(s)
_____

Case No. 05-47069-RN13
(Chapter 13)

In Proceedings Under
Chapter 13 of the
Bankruptcy Code

**ORDER OF DISMISSAL
AFTER DEFAULT OF STIPULATION TO CURE**

Upon consideration of the declaration dated April 4, 2007 of Martha G. Bronitsky, Chapter 13 Standing Trustee, filed with this Court attesting to the default of debtor(s) under the terms of the plan; and upon the continuing default of the debtor. The Court being satisfied that the debtor(s) entered into a Stipulation with the Trustee and subsequently defaulted on that Stipulation, and upon good cause shown,

IT IS THEREFORE ORDERED that the above-referenced case be dismissed, and that any restraining orders heretofore entered in this case are hereby vacated. The Trustee shall submit at a later date her Trustee's Final Report for approval by the Court.

END OF ORDER

COURT SERVICE LIST

| NAME AND ADDRESS OF DEBTOR(S) | NAME AND ADDRESS OF ATTORNEY |
|---|---|
| GINA D RYAN<br>741 DODY DR<br>MANTECA CA  95337 | JOHN C KYLE ATTY<br>PO BOX 192<br>MODESTO CA  95353-0192 |
| TOYOTA MOTOR CREDIT CORP<br>3200 W RAY RD<br>CHANDLER AZ  85226 | BAY IMAGING CONSULTANTS MED GR<br>PO BOX 31455<br>WALNUT CREEK CA  94598 |
| CAPITAL ONE/TSYS DEBT MGMT<br>PO BOX 5155<br>NORCROSS GA  30091 | CBSJ COLLECTIONS<br>PO BOX 4115 DEPT 875<br>CONCORD CA  94524 |
| CYPRESS COLLECTION SERVICES<br>3900 PELANDALE #420<br>MODESTO CA  95356 | DISCOVER FINANCIAL SERVICES<br>PO BOX 3025<br>NEW ALBANY OH  43054 |
| FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO CA  95812-2952 | GLOBAL PAYMENTS<br>6215 W HOWARD ST<br>NILES IL  60714 |
| HARRAH'S<br>219 N CENTER ST<br>RENO NV  89501 | NASCO<br>10101 HARWIN DR #260<br>HOUSTON TX  77036 |

```
PARAGON WAY  CRED BKRY SRVC        SAN JOAQUIN BAD CHECK RESTITUT
PO BOX 740933                      1163 E MARCH LN #D PMB 803
DALLAS TX   75374                  STOCKTON CA   95210


TARGET NATL BK/RNB/TARGET          TRI-VALLEY PHYSICIANS INC
2101 - 4TH AVE #900                5575 W LAS POSITAS BLVD
SEATTLE WA   98121                 PLEASANTON CA   94588


UNITED STATES TREASURY             UNIVERSAL FIDELITY CORP
PO BOX 21126                       PO BOX 941911
PHILADELPHIA PA   19114            HOUSTON TX   77094-8911


UNIVERSAL RECOVERY CORP            VALLEY CARE HEALTH SYSTEMS
PO BOX 3003                        1111 E STANLEY BLVD
RANCHO CORDOVA CA   95741          LIVERMORE CA   94550


VANESSA L HARTMAN ATTY             WELLS FARGO BANK
PO BOX 12208                       PO BOX 5058  MAC P6053-021
GREENVILLE SC   29612              PORTLAND OR   97208


WFNNB
220 W SCHROCK RD
WESTERVILLE OH   43081
```

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0971-4           User: pwright              Page 1 of 1              Date Rcvd: Apr 05, 2007
Case: 07-40129                 Form ID: pdfeoc            Total Served: 3

The following entities were served by first class mail on Apr 07, 2007.
db          +Compass Fund Management, LLC,   6122 Acacia Avenue,   Oakland, CA 94618-1819
intp        +Edward Sewon Ehee,   6122 Acacia Avenue,   Oakland, CA 94618-1819,   U.S.A.
ptcrd       +Roosevelt Fund, L.P.,   c/o KS Global Advisors, Inc.,   336 Bon Air Center,   #364,
              Greenbrae, CA 94904-3017,   U.S.A.

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2007**                    **Signature:** *Joseph Speetjens*