Entered on Docket
April 06, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed: April 05, 2007**

_____
**LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Compass Fund Management, LLC, | No. 07-40129 IJ<br>Chapter 7 |
| Debtor. | |
| In re Compass West Fund, L.P., | No. 07-40130 IN<br>Chapter 7 |
| Debtor. | |

**ORDER TRANSFERRING CASES**

On January 12, 2007, petitioning creditor, Roosevelt Fund, L.P. (herein "Roosevelt") filed an involuntary petition under chapter 7 of the Bankruptcy Code against debtor, Edward Sewon Ehee, in case number 07-40126 IT, which was assigned to the Honorable Leslie Tchaikovsky. Thereafter, Roosevelt filed an involuntary chapter 7 petition in each of the above-captioned cases, which were assigned to other judges of this division.

    Pursuant to Local Bankruptcy Rule 1015-1(a) and (d), in the interest of the efficient administration of this estate and to avoid conflicting or inconsistent rulings, effective immediately the above-captioned cases are hereby reassigned to the Honorable Leslie Tchaikovsky and shall be referred to hereafter as:

    *In re Compass Fund Management, LLC* 07-40129 IT

    *In re Compass West Fund, L.P.*     07-40130 IT

    **IT IS SO ORDERED.**

                    **\*\*END OF ORDER\*\***

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0971-4              User: pwright                Page 1 of 1              Date Rcvd: Apr 06, 2007
Case: 07-40129                    Form ID: pdfeoc              Total Served: 3

The following entities were served by first class mail on Apr 08, 2007.
db          +Compass Fund Management, LLC,    6122 Acacia Avenue,    Oakland, CA 94618-1819
intp        +Edward Sewon Ehee,    6122 Acacia Avenue,    Oakland, CA 94618-1819,   U.S.A.
ptcrd       +Roosevelt Fund, L.P.,    c/o KS Global Advisors, Inc.,    336 Bon Air Center,    #364,
              Greenbrae, CA 94904-3017,    U.S.A.

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2007**                    Signature:    *Joseph Speetjens*