James S. Monroe, Esq. (SBN 102328)
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
E-mail: jmonroe@nixonpeabody.com

Attorneys for Creditor, Roosevelt Fund, L.P.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>EDWARD SEWON EHEE,<br><br>Debtor. | Case No. 07-40126<br>Chapter 7 |
| In re:<br><br>COMPASS FUND MANAGEMENT,<br><br>Debtor. | Case No. 07-40129<br>Chapter 7 |
| In re:<br><br>COMPASS WEST FUND L.P.,<br><br>Debtor. | Case No. 07-40130<br>Chapter 7<br><br>**PROOF OF SERVICE**<br><br>Date: May 3, 2007<br>Time: 3:00 p.m.<br>Place: Courtroom 201<br>Judge: Hon. Leslie J. Tchaikovsky |

PROOF OF SERVICE

10512940.1

# PROOF OF SERVICE

CASE NAME: EDWARD SEWON EHEE, Debtor; COMPASS FUND MANAGEMENT, LLC, Debtor; and COMPASS WEST FUND, L.P., Debtor
COURT: U. S. BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)
CASE NO.: 07-40126, CHAPTER 7; 07-40129, CHAPTER 7 and 07-40130, CHAPTER 7
FILE: 0444891.000002

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Two Embarcadero Center, Suite 2700, San Francisco, CA 94111-3996. On this date, I served the following document(s):

(1) NOTICE OF HEARING ON ROOSEVELT FUND, L.P.'S MOTION FOR JOINT ADMINISTRATION;
(2) MOTION FOR JOINT ADMINISTRATION AND REQUEST FOR A STATUS CONFERENCE;
(3) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR JOINT ADMINISTRATION AND REQUEST FOR A STATUS CONFERENCE;
(4) REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JOINT ADMINISTRATION AND REQUEST FOR A STATUS CONFERENCE; and
(5) PROOF OF SERVICE.

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

_____ : By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

_____ : By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_____ : By Facsimile — From facsimile number at A.M./P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

PROOF OF SERVICE                                                       10512940.1

Addressee(s)

**See Attached Service List**

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 9, 2007, at San Francisco, California.

_____
Carol S. Hardy

PROOF OF SERVICE                                                                                            10512940.1

## SERVICE LIST

**Counsel for Debtor Edward Sewon Ehee**
James D. Wood
Law Offices of James D. Wood
3675 Mt. Diablo Blvd., #250
Lafayette, CA 94549

**Request for Special Notice**
Alan Steven Wolf, Esq.
Daniel K. Fujimoto, Esq.
The Wolf Firm, a Law Corporatin
38 Corporate Park
Irvine, CA 92606

**Request for Special Notice**
eCast Settlement Corporation
POB 35480
Newark, NJ 07193-5480

**Debtor**
Compass West Fund, L.P.
6122 Acacia Avenue
Oakland, CA 94618

**U.S. Trustee**
Office of the U.S. Trustee
1301 Clay St., #690N
Oakland, CA 94612

**Debtor**
Compass Fund Management, LLC.
6122 Acacia Avenue
Oakland, CA 94618

**Chapter 7 Trustee**
Lois I. Brady
P. O. Box 12754
Oakland, CA 94604

-4-

PROOF OF SERVICE

10512940.1