James S. Monroe, Esq. (SBN 102328)
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
E-mail: jmonroe@nixonpeabody.com

Attorneys for Creditor, Roosevelt Fund, L.P.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>COMPASS FUND MANAGEMENT, LLC<br><br>Debtor. | Case No. 07-40129<br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

-1-

PROOF OF SERVICE

10520947.1

# PROOF OF SERVICE

CASE NAME: COMPASS FUND MANAGEMENT, LLC, Debtor
COURT: U. S. BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)
CASE NO.: 07-40129, CHAPTER 7
FILE: 0444891.000002

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Two Embarcadero Center, Suite 2700, San Francisco, CA 94111-3996. On this date, I served the following document(s):

**CERTIFICATE OF SERVICE REGARDING PROPOSED ORDER**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__: By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

____: By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____: By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

Addressee(s)

See Attached Service List

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 16, 2007, at San Francisco, California.

_____
Carol S. Hardy

SERVICE LIST

Compass Fund Management, LLC.
6122 Acacia Avenue
Oakland, CA 94618

Compass West Fund, L.P.
6122 Acacia Avenue
Oakland, CA 94618

Edward Sewon Ehee
6122 Acacia Avenue
Oakland, CA 94618

James D. Wood
Law Offices of James D. Wood
3675 Mt. Diablo Blvd., #250
Lafayette, CA 94549

U.S. Trustee
Office of the U.S. Trustee
1301 Clay St., #690N
Oakland, CA 94612

Alan Steven Wolf, Esq.
Daniel K. Fujimoto, Esq.
The Wolf Firm, A Law Corporation
38 Corporate Park
Irvine, CA 92606

eCast Settlement Corporation
POB 35480
Newark, NJ 07193-5480

Lois I. Brady
P. O. Box 12754
Oakland, CA 94604

PROOF OF SERVICE

10520947.1