**Entered on Docket**
**April 17, 2007**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

James S. Monroe, Esq. (SBN 102328)
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

**Signed: April 17, 2007**

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**

Attorneys for Creditor, Roosevelt Fund, L.P.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

COMPASS FUND MANAGEMENT, LLC,

Debtor.

Case No. 07-40129

Involuntary Chapter 7

**ORDER FOR RELIEF IN INVOLUNTARY CASE**

On consideration of the petition filed on January 12, 2007 against the above debtor, an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted.

**IT IS SO ORDERED.**

\*\* END OF ORDER \*\*

ORDER FOR RELIEF IN INVOLUNTARY CASE; CASE NO. 07-40129

10520657.1

COURT SERVICE LIST

Compass Fund Management, LLC.
6122 Acacia Avenue
Oakland, CA 94618

Compass West Fund, L.P.
6122 Acacia Avenue
Oakland, CA 94618

Edward Sewon Ehee
6122 Acacia Avenue
Oakland, CA 94618

James D. Wood
Law Offices of James D. Wood
3675 Mt. Diablo Blvd., #250
Lafayette, CA 94549

U.S. Trustee
Office of the U.S. Trustee
1301 Clay St., #690N
Oakland, CA 94612

Alan Steven Wolf, Esq.
Daniel K. Fujimoto, Esq.
The Wolf Firm, A Law Corporation
38 Corporate Park
Irvine, CA 92606

eCast Settlement Corporation
POB 35480
Newark, NJ 07193-5480

Lois I. Brady
P. O. Box 12754
Oakland, CA 94604

ORDER FOR RELIEF IN INVOLUNTARY CASE; CASE NO. 07-40129   -2-   10520657.1