Entered on Docket
April 17, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: April 17, 2007**

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

1  James S. Monroe, Esq. (SBN 102328)
   NIXON PEABODY LLP
2  One Embarcadero Center, Suite 1800
   San Francisco, CA 94111-3996
3  Telephone: (415) 984-8200
   Facsimile: (415) 984-8300
4
   Attorneys for Creditor, Roosevelt Fund, L.P.
5

6              UNITED STATES BANKRUPTCY COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8                     OAKLAND DIVISION

9

10  In re:                                    Case No. 07-40129

11  COMPASS FUND MANAGEMENT, LLC,              Involuntary Chapter 7

            Debtor.
12

13

14

15                  **ORDER FOR RELIEF IN INVOLUNTARY CASE**

16       On consideration of the petition filed on January 12, 2007 against the above debtor, an order

17  for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted.

       **IT IS SO ORDERED.**
18
                                ** END OF ORDER **
19

ORDER FOR RELIEF IN INVOLUNTARY CASE; CASE NO.                                         10520657.1
07-40129

COURT SERVICE LIST

Compass Fund Management, LLC.
6122 Acacia Avenue
Oakland, CA 94618

Compass West Fund, L.P.
6122 Acacia Avenue
Oakland, CA 94618

Edward Sewon Ehee
6122 Acacia Avenue
Oakland, CA 94618

James D. Wood
Law Offices of James D. Wood
3675 Mt. Diablo Blvd., #250
Lafayette, CA 94549

U.S. Trustee
Office of the U.S. Trustee
1301 Clay St., #690N
Oakland, CA 94612

Alan Steven Wolf, Esq.
Daniel K. Fujimoto, Esq.
The Wolf Firm, A Law Corporation
38 Corporate Park
Irvine, CA 92606

eCast Settlement Corporation
POB 35480
Newark, NJ 07193-5480

Lois I. Brady
P. O. Box 12754
Oakland, CA 94604

ORDER FOR RELIEF IN INVOLUNTARY CASE; CASE NO. 07-40129   -2-   10520657.1

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0971-4           User: pwright              Page 1 of 1                Date Rcvd: Apr 17, 2007
Case: 07-40129                 Form ID: pdfeoc            Total Served: 6


The following entities were served by first class mail on Apr 19, 2007.
db          +Compass Fund Management, LLC,    6122 Acacia Avenue,    Oakland, CA 94618-1819
            +Alan Steven Wolf, Esq.,    Daniel K. Fujimoto, Esq.,    The Wolf Firm, A Law Corporation,
              38 Corporate Park,    Irvine, CA 92606-5105
            +Compass West Fund, L.P.,    6122 Acacia Avenue,    Oakland, CA 94618-1819
intp        +Edward Sewon Ehee,    6122 Acacia Avenue,    Oakland, CA 94618-1819,    U.S.A.
            +Lois Brady,    PO Box 12754,    Oakland, CA 94604-2754
             eCast Settlement Corporation,    PO Box 35480,    Newark, NJ  07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
              [ *** NO NAME OR ADDRESS SUPPLIED *** ]
                                                                                                 TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2007**                    Signature: _Joseph Speetjens_