1  James D. Wood, St. Bar. No. 106936
   Attorney at Law
2  3675 Mount Diablo Boulevard, Suite 250
   Lafayette``, California  94549-3775
3  Tel. (925) 284-9663
   Fax. (925) 283-9663
4
   Attorney for Edward S. Ehee
5

6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | In re                             | Case No. 07-40129
12 | COMPASS FUND MANAGEMENT, L.P.,    | Chapter 7
13 |         Debtor.                   | EDWARD EHEE'S CONDITIONAL
14 |                                   | OPPOSITION TO REQUEST FOR JUDICIAL
   |                                   | NOTICE IN SUPPORT OF MOTION FOR
15 |                                   | JOINT ADMINISTRATION
16 |                                   | Hearing:
17 |                                   | Date:    May 3, 2007
   |                                   | Time:    3:00 P.M.
18 |                                   | Place:   1300 Clay Street
   |                                   |          Oakland, CA
19 |                                   |          Courtroom 201
   |                                   | Judge:   Hon. Leslie J. Tchaikovsky
20

21       EDWARD SEWTON EHEE, ("Ehee") conditionally opposes the "REQUEST FOR

22 JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JOINT ADMINISTRATION"" filed in

23 this case dated April 9, 2007 ("Jud. Notice Request") by ROOSEVELT FUND, L.P.

24 ("Roosevelt") as follows:

25       1.      Ehee does ***not*** opposed the Jud. Notice Request to the extent it is construed as

26 requesting only that the Court take judicial notice of the various case dockets referenced in the

27 request.  However, such case dockets establish only that that the cases referenced thereby are

28

EDWARD EHHE'S CONDITIONAL OPPO. TO REQ. FOR
JUD. NOT., Case No. 07-40129

1 | pending and the documents referenced therein have been filed with the this Court or the U.S. District Court.

2. The existence of the case dockets alone most certainly does not authenticate the contents of any documents referenced in them nor establish any of the allegations set-forth in the documents filed with those courts.  Most obviously, they do not either establish or evidence the allegations contained in the complaint filed by the SEC referred to in Exhibit C of the Jud. Notice Request.

3. Accordingly, Ehee opposes the request to the extent the Jud. Notice Request is construed as requesting the Court to treat the dockets in question or the documents referenced in such dockets as substantive evidence of any of any underlying fact referred to therein.

Respectfully submitted,

DATED: April 26, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for EDWARD S. EHEE

CondNonOpptoJudNot_Ehee070426_01.doc 4/26/07 JDW