ORIGINAL

FILED
2007 APR 30 PM 3:38
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

1  HELANE L. MORRISON (Cal. Bar No. 127752)
   JOHN S. YUN (Cal Bar No. 112260)
2    yunj@sec.gov
   ROBERT S. LEACH (Cal. Bar No. 196191)
3    leachr@sec.gov
   XAVIER CARLOS VASQUEZ (Cal. Bar No. 194644)
4    vasquezc@sec.gov
   Attorneys for Plaintiff
5  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, Suite 2600
6  San Francisco, California 94104
   Telephone: (415) 705-2500
7  Facsimile: (415) 705-2501

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. |
| Movant, | |
| v. | NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING |
| EDWARD SEWON EHEE, COMPASS FUND MANAGEMENT, LLC, and COMPASS WEST FUND LP, | Local Rule 3-13 |
| Debtors | |
| In re | Case No. 07-40126T |
| EDWARD SEWON EHEE, | (Involuntary Chapter 7) |
| Debtor | |
| In re | Case No. 07-40129 |
| COMPASS FUND MANAGEMENT, LLC, | (Involuntary Chapter 7) |
| Debtor | |
| In re | Case No. 07-40130 |
| COMPASS WEST FUND, L.P., | (Involuntary Chapter 7) |
| Debtor | |

1

NTC. OF PENDENCY OF OTHER ACTION

The Securities & Exchange Commission ("Commission") notes that the following actions are related to this matter:

*SEC v. Viper Capital Management, LLC, et al.*, Case No. C 06-6966 SI (N.D. Cal. (San Francisco Division)) (filed November 8, 2006) (the "SEC Action"). The Commission filed this action against Edward Sewon Ehee ("Ehee"), Compass Fund Management, LLC ("Compass Management"), and Compass West Fund LP ("Compass West") (as a relief defendant), among others, alleging violations of the federal securities laws. The motion filed concurrently with this notice requests that the motion be assigned to Judge Illston to be heard because the SEC Action and the other actions listed below are related and should be assigned to the same court pursuant to 28 U.S.C. § 157(d).

*AAG Roosevelt Fund, L.P. v. Edward Sewon Ehee, et al.*, Case No. C-06-7270 SI (N.D. Cal. (San Francisco Division)) (filed November 22, 2006) (the "AAG Action"). AAG Roosevelt Fund, L.P. ("AAG"), an investor of Ehee and Compass Management, filed this complaint against Ehee and his management companies alleging violations of the federal securities laws and other state law claims. The factual basis for the AAG complaint was largely derivative of the SEC action. On January 9, 2007, Judge Illston ordered the AAG Action assigned to her courtroom.

*In the Matter of Edward Sewon Ehee*, Case No. 07-40126T (N.D. Cal. (Oakland Division)) (filed January 12, 2007). AAG filed this involuntary petition for Chapter 7 bankruptcy. The motion filed concurrently with this notice requests that this bankruptcy matter be assigned to Judge Illston pursuant to 28 U.S.C. § 157(d).

*In the Matter of Compass Fund Management, LLC*, Case No. 07-40129 (N.D. Cal. (Oakland Division)) (filed January 12, 2007). AAG filed this involuntary petition for Chapter 7 bankruptcy. The motion filed concurrently with this notice requests that this bankruptcy matter be assigned to Judge Illston pursuant to 28 U.S.C. § 157(d).

*In the Matter of Compass West Fund, L.P.*, Case No. 07-40130 (N.D. Cal. (Oakland Division)) (filed January 12, 2007). AAG filed this involuntary petition for Chapter 7 bankruptcy. The motion filed concurrently with this notice requests that this bankruptcy matter be assigned to Judge Illston pursuant to 28 U.S.C. § 157(d).

1 | Dated: April 30, 2007

Respectfully submitted,

*[signature]*

Helane L Morrison
John S. Yun
Robert S. Leach
Xavier Carlos Vasquez
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

2

NTC. OF PENDENCY OF OTHER ACTION