ORIGINAL

FILED
2007 APR 30 PM 3:39
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

| | |
|---|---|
| 1 | HELANE L. MORRISON (Cal. Bar No. 127752) |
| | JOHN S. YUN (Cal Bar No. 112260) |
| 2 | yunj@sec.gov |
| | ROBERT S. LEACH (Cal. Bar No. 196191) |
| 3 | leachr@sec.gov |
| | XAVIER CARLOS VASQUEZ (Cal. Bar No. 194644) |
| 4 | vasquezc@sec.gov |
| | Attorneys for Plaintiff |
| 5 | SECURITIES AND EXCHANGE COMMISSION |
| | 44 Montgomery Street, Suite 2600 |
| 6 | San Francisco, California 94104 |
| | Telephone: (415) 705-2500 |
| 7 | Facsimile: (415) 705-2501 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. |
| Movant, | |
| v. | CERTIFICATE OF SERVICE |
| EDWARD SEWON EHEE, COMPASS FUND MANAGEMENT, LLC, and COMPASS WEST FUND LP, | |
| Debtors | |
| In re | Case No. 07-40126T |
| EDWARD SEWON EHEE, | (Involuntary Chapter 7) |
| Debtor | |
| In re | Case No. 07-40129 |
| COMPASS FUND MANAGEMENT, LLC, | (Involuntary Chapter 7) |
| Debtor | |
| In re | Case No. 07-40130 |
| COMPASS WEST FUND, L.P., | (Involuntary Chapter 7) |
| Debtor | |

I, Janet L. Johnston, am a citizen of the United States, over 18 years of age and not a party to this action. On April 30, 2007, I served the following documents:

**SECURITIES AND EXCHANGE COMMISSION'S MOTION TO WITHDRAW THE REFERENCE OF THE BANKRUPTCY CASES OF EDWARD SEWON EHEE, COMPASS FUND MANAGEMENT, LLC AND COMPASS WEST FUND, LP; MEMORANDUM OF POINTS AND AUTHORITIES**

**DECLARATION OF XAVIER CARLOS VASQUEZ IN SUPPORT OF SECURITIES AND EXCHANGE COMMISSION'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW THE REFERENCE OF THE BANKRUPTCY CASES OF EDWARD SEWON EHEE, COMPASS FUND MANAGEMENT, LLC AND COMPASS WEST FUND**

**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

**LETTER TO CLERK OF THE COURT, U.S. BANKRUPTCY COURT, DATED 4/30/07**

I served true and correct copies via **Federal Express** addressed to the following:

Ismail Ramsey, Esq.
Ramsey & Ehrlich LLP
803 Hearst Ave.
Berkeley, CA 94710
Attorney for Defendants Viper Capital Management, LLC,
Compass Fund Management, LLC, and Edward Sewon Ehee and
Relief Defendants Compass West Fund, LP, Viper Founders Fund, LP and Viper Investments,

Albert Ehee
8449 Canterberry Dr.
Burr Ridge, IL 60527
Pro se relief defendant

Jennifer Ehee
6122 Acacia Ave.
Oakland, CA 94618
Pro se relief defendant

Thomas B. Mayhew
Farella Braun & Martel
235 Montgomery St., 30th Floor
San Francisco, Ca 94104
&
Arthur Greenspan, Esq.
Richards, Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281
Attorneys for Relief Defendant Robert Ehee

James D. Wood
Law Offices of James D. Wood

1  3675 Mt. Diablo Blvd., #250
   Lafayette, CA 94549-3775
2  Counsel for Debtor Edward Sewon Ehee

3  Christopher M. Desiderio
   Nixon Peabody LLP
4  437 Madison Ave.
   New York, NY 10022-7001
5  Counsel for Petititioning Creditor Roosevelt Fund, L.P.

6  James S. Monroe
   Law Offices of Nixon Peabody
7  2 Embarcadero Center #2700
   San Francisco, Ca 94111-3996
8  Counsel for Petititioning Creditor Roosevelt Fund, L.P.

9  Richard C. Pedone
   Nixon Peabody LLP
10 100 Summer St.
   Boston, MA 02110-2131
11 Counsel for Petititioning Creditor Roosevelt Fund, L.P.

12 Alan Steven Wolf
   Daniel K. Fujimoto
13 Th Wolf Law Firm
   38 Corporate Park
14 Irvine, CA 92606
   Attorney for Creditor EMC Mortgage Corporation
15
   Laurent Chen
16 Office of the U.S. Trustee
   1301 Clay St.
17 Oakland, CA 94612

18 I served true and correct copies via U.S. Mail addressed to the following:

19 eCast Settlement Corporation
   P.O. Box 35480
20 Newark, NJ 07193-5480

21 I declare under penalty of perjury that the foregoing is true and correct.

22 Executed at San Francisco, California on April 30, 2007.

23
24                                    *Janet L. Johnston* (signature)
                                      Janet L. Johnston
25
26
27
28