

NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES BANKRUPTCY COURT
OAKLAND DIVISION
1300 Clay St., #300
Oakland, CA 94612
(510) 879-3600



Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Ave.
P.O. Box 36060
San Francisco, CA 94102

**C 07 - 2507**

E-filing      Date: May 4, 2007

**MHP**

Re:  **Withdrawal of Reference of the**:
Bankruptcy Case No.: 07-40129, Compass Fund Management, LLC
Adversary Proceeding Case No.: *None*

Dear Clerk:
    Pursuant to the Motion of Withdrawal of Reference for the above-named case to your court, we are herewith transmitting a certified copy of the docket sheet, the "Motion to Withdraw Reference", the "Declaration", "Notice of Pendency of Other Action", and the "Certificate of Service".

    Please acknowledge receipt on the copy of this letter and return it in the enclosed self-addressed envelope.

                                Sincerely,

                                Clerk, U.S. Bankruptcy Court
                                Gloria L. Franklin


                                BY: Joyce Krakue-Windross
                                    Deputy clerk

---

**ACKNOWLEDGMENT OF RECEIPT OF CASE**            **RECEIVED**

                                                MAY 14 2007

The papers for the above-named case were received on:
                                                BANKRUPTCY COURT
                                                OAKLAND, CALIFORNIA
We have assigned the following case number:

                                By: _____
                                Deputy Clerk