IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, et. al,<br><br>    Defendants.<br>and<br><br>COMPASS WEST FUND, et al.,<br><br>    Relief Defendants. | Nos.  C 06-06966 SI; and<br>        C 07-02507 SI; C 07-02508 SI;<br>        C 07-2509 SI<br><br>**ORDER GRANTING SEC'S MOTION TO WITHDRAW BANKRUPTCY REFERENCES** |

On June 22, 2007, the Court heard argument on plaintiff Securities and Exchange Commission's motion to withdraw the bankruptcy references in related cases 07-2507, 07-2508 and 07-2509 (Bankruptcy Case Nos. 07-40126T, 07-40129, 07-40130). Having considered the arguments of the parties and the papers submitted, and for good cause shown, the Court GRANTS the SEC's motion to withdraw the bankruptcy references. This withdrawal is without prejudice to remanding the bankruptcy cases, or portions thereof, to the bankruptcy court at a later date, should it become appropriate. [Docket No. 52 (Case No. 06-6966); Docket No. 1 (Case Nos. 07-2507, 07-2508, 07-2509)]

**IT IS SO ORDERED.**

Dated: June 22, 2007

                                              SUSAN ILLSTON<br>                                              United States District Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD SEWON EHEE et al,<br><br>Defendant._____/ | Case Number: CV07-02507 SI<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

USBC Manager
United States Bankruptcy Court
1300 Clay Street
P.O. Box 2070
Oakland, CA 94612-2070

Leslie Tchaikovsky
United States Bankruptcy Court
1300 Clay Street
P.O. Box 2070
Oakland, CA 94604-2070

Dated: July 17, 2007

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk