**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 11/30/07

Case No.   C06-6966 SI            Judge:   SUSAN ILLSTON
(07-3995, 07-3996, 07-3997, 07-4747)

Title: SEC -v- VIPER

Attorneys: I Ramsey, Sara Peterman, Minnie Loo, J. Yun, P. Byrne, J. Wood, E. Adelson, Pedone (phone), Jacobson (phone)

Deputy Clerk:  Tracy Sutton   Court Reporter: none

**PROCEEDINGS**

1)   Further Case Management Conferences -  HELD

2)

3)

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                  PART

RE: C-07-3996 :Case continued to   **1/22/08 @ 3:30 p.m.**    for Pretrial Conference

RE: C-06-7270, 07-3997, 07-4747 : Case continued to **2/1/08 @ 2:20 p.m.** For Further Case Management Conference

RE: C-07-3996 : Case continued to **2/4/08 @ 8:30 a.m.**   for Trial (court trial: 1-2 Days)

Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The docket clerk shall remove Paul Mansdorph from docket No. C-07-3996.  He is a party in C-07-3995.

Ms. Loo shall file the appropriate motions to get the clerk's office to do a mailing to the creditors.

Counsel shall meet and confer to come up with some type of filing process for these related cases.

CASE NO. C-06-7270 is stayed due to the notice of bankruptcy filing of Mr. Ehee.