**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 12/6/07

Case No.   C06-6966 SI             Judge:   SUSAN ILLSTON
(07-3995, 07-3996, 07-3997, 07-4747)

Title: SEC -v- VIPER

Attorneys: n/a
Deputy Clerk:  Tracy Sutton   Court Reporter: none

**PROCEEDINGS**

1)  All Cases referred to Magistrate-Judge Zimmerman and Judge Montali for Settlement Purposes

2) 

3) 

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART


ORDERED AFTER HEARING:



cc: Wings