UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,, <br>     Plaintiff, <br>   v. <br> VIPER CAPITAL MANAGEMENT, LLC, COMPASS FUND MANAGEMENT, LLC, and EDWARD SEWON EHEE, <br>     Defendants. <br> and <br> COMPASS WEST FUND, LP, VIPER FOUNDERS FUND, LP, VIPER INVESTMENTS, LP, ALBERT EHEE, ROBERT EHEE, JENNIFER EHEE, <br>     Relief Defendants. | **No. C06-6966 SI** <br><br> **and Related Cases** |
| In re: EDWARD SEWON EHEE, <br>     Debtor. | **No. C07-3996 SI** |
| In re: COMPASS FUND MGMT., LLC,   Debtor. | **No. C07-3995 SI** |
| In re: COMPASS WEST FUND, L.P.,   Debtor. | **No. C07-3997 SI** |
| AAG ROOSEVELT FUND, L.P., <br>     Plaintiff, <br> v. <br> EDWARD SEWON EHEE, COMPASS FUND MGMT., LLC, COMPASS WEST FUND, LP, VIPER CAPITAL MGMT., LLC, VIPER FOUNDERS FUND, LP, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE, <br>     Defendants. | **No. C06-7270 SI** |

```
 1  KEVIN BRADFORD and RICHARD    )    No. C07-4747 SI
    GARMAN,                       )
 2            Plaintiffs,         )
    v.                            )
 3                                )
    EDWARD SEWON EHEE, VIPER      )
 4  CAPITAL MGMT., LLC, COMPASS   )
    FUND MGMT., LLC, ROBERT       )
 5  EHEE, ALBERT EHEE, JENNIFER   )
    EHEE,                         )
 6            Defendants.         )
                                  )
 7  _____)
```

**CLERK'S NOTICE SCHEDULING SETTLEMENT CONFERENCE**

**PLEASE TAKE NOTICE** that the above entitled cases have been referred for Settlement Conference to United States Bankruptcy Judge Dennis Montali and Magistrate Judge Bernard Zimmerman.  A Settlement Conference is scheduled to take place in San Francisco on **Monday, January 28, 2008, at 9:00 a.m.**  A Settlement Conference Order will issue shortly.  Plaintiffs are directed to assure that all defendants in their case are notified of this conference.

DATED: December 12, 2007

_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-REFS\REFS.07\SEC.VIPER\RELATED CASES.CLKS NOTICE RE.SC.wpd