UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,, | ) )<br>) No. C06-6966 SI |
| Plaintiff, | ) |
| v. | ) ) |
| VIPER CAPITAL MANAGEMENT, LLC, COMPASS FUND MANAGEMENT, LLC, and EDWARD SEWON EHEE, | ) ) ) ) ) |
| Defendants. | ) ) |
| and | ) ) |
| COMPASS WEST FUND, LP, VIPER FOUNDERS FUND, LP, VIPER INVESTMENTS, LP, ALBERT EHEE, ROBERT EHEE, JENNIFER EHEE, | ) ) ) ) ) |
| Relief Defendants. | ) ) |
| In re: EDWARD SEWON EHEE, Debtor. | ) No. C07-3996 SI ) ) |
| In re: COMPASS FUND MGMT., LLC, Debtor. | ) No. C07-3995 SI ) ) |
| In re: COMPASS WEST FUND, L.P., Debtor. | ) No. C07-3997 SI ) ) |
| AAG ROOSEVELT FUND, L.P., | ) No. C06-7270 SI ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| EDWARD SEWON EHEE, COMPASS FUND MGMT., LLC, COMPASS WEST FUND, LP, VIPER CAPITAL MGMT., LLC, VIPER FOUNDERS FUND, LP, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

1

| | |
|---|---|
| KEVIN BRADFORD and RICHARD GARMAN, | No. C07-4747 SI |
| Plaintiffs, | |
| v. | |
| | **ORDER EXCUSING PERSONAL ATTENDANCE** |
| EDWARD SEWON EHEE, VIPER CAPITAL MGMT., LLC, COMPASS FUND MGMT., LLC, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE, | |
| Defendants. | |

Before the court is the request of Robert Ehee that he be excused from personally attending the settlement conference scheduled for January 28, 2008 at 9:00 a.m. No opposition was filed by any party. Good cause appearing, **IT IS ORDERED** that Robert Ehee's personal attendance is **excused** and that Mr. Ehee be available to participate by telephone beginning at 9:00 a.m. on January 28, 2008.

Rulings on the other requests to be excused from attending will be made once the settlement conference statements are lodged with the court.

Dated: January 14, 2008

_____
Bernard Zimmerman
United States Bankruptcy Judge

G:\BZALL\-REFS\REFS.08\SEC.VIPER\ORDER EXCUSING PERSONAL ATTENDANCE.EHEE.wpd