UNITED STATES ~~BANKRUPTCY~~ **DISTRICT** COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
{Name of Debtor}

**Compass Fund Management, LLC**

Debtor(s)

Case No. {Case number} **3:07-cv03995-SI**
Chapter 7

## REPORT OF TRUSTEE OF § 341(a) MEETING

1. Date of Meeting: {Date of meeting}
2. (X) Meeting concluded.
3. ( ) Meeting continued to: _____
4. (X) Debtor(s) failed to appear (H)___ (W)___.
5. ( ) Date of order waiving appearance of debtor(s) (H)___ (W)___.
6. ( ) If debtor is not an individual, name and capacity of person examined: _____

7. (X) Counsel of record for debtor(s) failed to appear.
8. ( ) Name of attorney appearing with debtor(s) if not counsel of record: _____
9. ( ) If debtor has no counsel of record, *Statement by Debtor Not Represented by Attorney* is submitted herewith.
10. ( ) Debtor(s) failed to perform duties as required by 11 U.S.C. § 521.
11. (X) Tape ( 1 2 3 4 ) Position: **37**

**COMMENTS:** Involuntary case. Petitioning creditor called to say he (counsel) would not appear

( ) **REPORT OF CHANGE OF ADDRESS.** Debtor(s) informed the trustee that debtor(s) address had changed to the following:
New Address: _____

## REPORT OF TRUSTEE RE: ASSETS

1. ( ) Trustee has found assets in this case to be administered for the benefit of creditors or believes there is a substantial likelihood that such assets will be located within a reasonable period of time.
2. ( ) Trustee has found insufficient assets in this case to be administered for the benefit of creditors. Submitted herewith are the *Report of Trustee in No Asset Case* and the *Final Decree*.
3. (X) Trustee has not determined whether there are sufficient assets in this case to be administered for the benefit of creditors. Trustee has until no later than 60 days from the first date set for the § 341 Meeting: {Date of the first § 341 Meeting} to file *Report of Trustee in No Asset Case* and the *Final Decree* or the case is deemed an asset case.

Trustee declares under penalty of perjury that the foregoing is true and correct.

## REQUEST FOR ACTION BY THE CLERK OF THE COURT

1. ( ) Trustee requests **NOTICE & ORDER COMPELLING DEBTOR(S) TO APPEAR AT CONTINUED § 341(a) MEETING** because debtor(s) failed to appear. Meeting continued to: _____
2. ( ) Trustee requests **ORDER DISMISSING CASE** because debtor(s) failed to appear at continued § 341(a) meeting.
3. ( ) Trustee requests **ORDER DISMISSING CASE** because debtor(s) failed to file complete ( ) schedules, ( ) statements.
4. (X) **Trustee requests no further clerk action at this time.**

Date: 1/30/08

{Name of Trustee}, Trustee
**Paul J. Mansdorf, Trustee**