IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| In re:<br><br>EDWARD SEWON EHEE,<br><br>Debtor. | Case No. C 07-03996-SI<br><br>**ORDER GRANTING MOTION (I) REQUESTING THE APPROVAL OF A SETTLEMENT,(II) REQUESTING RETURN OF THE REFERENCE OF THE BANKRUPTCY CASES TO THE BANKRUPTCY COURT, AND (III) REQUESTING OTHER RELATED RELIEF** |
| In re:<br><br>COMPASS FUND MANAGEMENT, LLC,<br><br>Debtor. | Case No. C 07-03995-SI |
| In re:<br><br>COMPASS WEST FUND, L.P.,<br><br>Debtor. | Case No. C 07-03997-SI |

**ORDER GRANTING MOTION FOR
AN ORDER APPROVING SETTLEMENT AND GRANTING OTHER RELATED RELIEF**

Upon the Motion (I) Requesting Approval of a Settlement, (II) Requesting Return of the Reference of the Bankruptcy Cases to the Bankruptcy Court, and (III) Requesting Other Related Relief (the "Motion") on February 15, 2008 (filed under case nos. C 07-03996-SI, C 07-03995-SI, and C 07-03997-SI) (the "Motion")[1] of Roosevelt Fund, L.P. ("Roosevelt"); it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; it appearing this is a core

---

[1] All capitalized terms not otherwise defined herein shall have the meaning as set forth in the Motion.

ORDER APPROVING SETTLEMENT
IN RE EHEE, CASE NO. 07-3996 (AND RELATED CASES)

10920417.2

proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that venue of the Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; it is hereby ORDERED:

1. The Motion is granted in its entirety.

2. The Edward Ehee (the "Debtor") and Roosevelt may take all reasonable actions necessary to enter into and effectuate the Settlement Agreement.

3. On consideration of the petition filed on January 12, 2007 against Edward Sewon Ehee, the above-captioned debtor (N.D. Cal. Case No. C 07-03996-SI), an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted.

4. Except as provided in Paragraph 6, the reference of the District Court's jurisdiction pursuant to 28 U.S.C. § 157, or otherwise, over to the Ehee Bankruptcy Case (N.D. Cal. Case No. C 07-03996-SI), the Compass Fund Management Bankruptcy Case (N.D. Cal. Case No. 07-3995-SI), and the Compass West Bankruptcy Case (N.D. Cal. Case No. 07-3997-SI) are returned to the Bankruptcy Court for all purposes and this Court's June 22, 2007 Order Granting SEC's Motion to Withdraw References shall be without further force or effect.

5. This Order shall conclude the following District Court Cases: the Ehee Bankruptcy Case (N.D. Cal. Case No. C 07-03996-SI), the Compass Fund Management Bankruptcy Case (N.D. Cal. Case No. 07-3995-SI), and the Compass West Bankruptcy Case (N.D. Cal. Case No. 07-3997-SI) case numbers and the clerk shall close such cases upon their return of their references to the Bankruptcy Court.

6. The reference of the District Court's jurisdiction pursuant to 28 U.S.C. § 157 over N.D. Cal. Case No. CGC-07-462966 (the "Bradford Action") shall be sent to the Bankruptcy Court for further administration.

7. This Court shall retain jurisidiction for all purposes for any matters relating to the distribution of the Proceeds and the Yang Lien. Any future pleadings, requests, papers, etc. relating to

ORDER APPROVING SETTLEMENT
IN RE EHEE, CASE NO. 07-3996 (AND RELATED CASES)

2

10920417.2

the Proceeds or the Yang lien shall be filed under SEC v. Viper: No. C 06-6966 SI.  All papers previously filed under the above captioned case numbers relating to the Proceeds or the Yang lien shall be deemed to be filed under SEC v. Viper: No. C 06-6966 SI.

Dated: _____, 2008

_____
United States District Court Judge