1  Henry G. Wykowski (State Bar No. 068255)
   HENRY G. WYKOWSKI & ASSOCIATES
2  235 Montgomery Street, Suite 657
   San Francisco, CA 94104
3  Telephone: (415) 788-4545
   Facsimile: (415) 788-4546
4
5  Attorneys for Messrs. KEVIN BRADFORD
   and RICHARD GARMAN

RECEIVED

08 JUL -2 PM 12: 28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, et. al.,<br><br>Defendants,<br><br>and<br><br>COMPASS WEST FUND, et al.,<br><br>Relief Defendants. | Case No. No. 06-06966 SI<br><br>(Related to Case Nos.<br>C 07-03996 SI;<br>C 07-03995 SI;<br>C 07-03997 SI)<br><br><br><br>**REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |
| In re:<br><br>EDWARD SEWON EHEE,<br><br>Debtor. | **Case No. C 07-03996 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02508 SI) |
| In re:<br><br>COMPASS FUND MANAGEMENT, LLC,<br><br>Debtor. | **Case No. C 07-03995 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02507 SI) |
| In re:<br><br>COMPASS WEST FUND, L.P.,<br><br>Debtor. | **Case No. C 07-03997 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02509 SI) |

-1-

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER    Case No. 06-06966 SI

 1    Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski
 2  & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th
 3  Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413,
 4  facsimile number 415.439.1500.
 5
 6    All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at
 7  Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104,
 8  telephone number (415) 788-4545, facsimile number (415) 788-4546.
 9
10
11  Dated: _____          _____
                                            KEVIN BRADFORD
12
13  Dated: _____          _____
                                            RICHARD GARMAN
14
15    I accept this substitution of attorney.
16
17  Dated: _____          HENRY G. WYKOWSKI & ASSOCIATES
18
19
20                                          _____
                                            Henry G. Wykowski
21                                          Attorneys for Plaintiffs
                                            KEVIN BRADFORD and RICHARD GARMAN
22
      I consent to the above substitution of attorney.
23
24  Dated: _____          KIRKLAND & ELLIS, LLP
25
26
27                                          _____
                                            Eliot A. Adelson
28                                          Attorneys for Plaintiffs
                                            KEVIN BRADFORD and RICHARD GARMAN

-2-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                Case No. C 06-06966 SI

1  Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski
2  & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th
3  Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413,
4  facsimile number 415.439.1500.

6  All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at
7  Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104,
8  telephone number (415) 788-4545, facsimile number (415) 788-4546.

10 Dated: 6/17/08                                    _____
11                                                    KEVIN BRADFORD

13 Dated: _____              _____
                                                     RICHARD GARMAN

15 I accept this substitution of attorney.

17 Dated: June 24, 2008                       HENRY G. WYKOWSKI & ASSOCIATES

20                                             _____
                                                Henry G. Wykowski
21                                              Attorneys for Plaintiffs
                                                KEVIN BRADFORD and RICHARD GARMAN

22 I consent to the above substitution of attorney.

24 Dated: _____              KIRKLAND & ELLIS, LLP

27                                             _____
                                                Eliot A. Adelson
28                                              Attorneys for Plaintiffs
                                                KEVIN BRADFORD and RICHARD GARMAN

-2-

1  Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski
2  & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th
3  Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413,
4  facsimile number 415.439.1500.
5
6  All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at
7  Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104,
8  telephone number (415) 788-4545, facsimile number (415) 788-4546.
9
10 Dated: 6/17/08
11 KEVIN BRADFORD
12
13 Dated: _____
14 RICHARD GARMAN
15 I accept this substitution of attorney.
16
17 Dated: June 24, 2008    HENRY G. WYKOWSKI & ASSOCIATES
18
19
20 Henry G. Wykowski
21 Attorneys for Plaintiffs
   KEVIN BRADFORD and RICHARD GARMAN
22
23 I consent to the above substitution of attorney.
24 Dated: 6/25/08    KIRKLAND & ELLIS, LLP
25
26
27 Eliot A. Adelson
28 Attorneys for Plaintiffs
   KEVIN BRADFORD and RICHARD GARMAN

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

The foregoing substitution of attorneys is authorized by the Court.

IT IS SO ORDERED.

Dated: _____

                                 _____
                                 SUSAN ILLSTON
                                 United States District Judge

## PROOF OF SERVICE

I, Jason P. Clark, am a citizen of the United States, over 18 years of age and not a party to this action. My business address is Wykowski & Associates, 235 Montgomery Street Suite 657, San Francisco, CA 94104. On June 13, 2008, I served the following documents:

**REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

I served true and correct copies via U.S. MAIL addressed to the following:

SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (41 5) 705-2500

Albert Ehee
8449 Canterberry Dr.
Burr Ridge, IL 60527-6954
Pro se relief defendant

Jennifer Ehee
6122 Acacia Ave.
Oakland, CA 94618-18 19
Pro se relief defendant

Laurent Chen, Esq.
U.S. Dept. of Justice
Office of the U.S. Trustee
1301 Clay St., Suite 690n
Oakland, CA 94612-5231

eCast Settlement Corporation
P.O. Box 35480
Newark, NJ 07193-5480
Request for Special Notice in Bankruptcy Case

Gilbert B. Weisman
Becket and Lee
P.O. Box 3001
Malvern, PA 19355-0701
Request for special notice in bankruptcy case

Reidun Stromsheim
Law Offices of Reidun Stromsheim
201 California St., Ste. 350
San Francisco, CA 94111-5936
Counsel for Trustee Lois I. Brady

Alan S. Wolf, Esq.
The Wolf Firm, A Law Corporation
38 Corporate Park
Irvine, CA 92606-5105
Counsel for EMC Mortgage Corporation

-4-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                    Case No. C 06-06966 SI

1  ///
   Barry Milgram, Esq.
2  Luce Forward, et al. LLP
   121 Spear St., Suite 300
3  San Francisco, CA 94105-1582
   Counsel for Trustee Paul Jordan Mansdorf
4
   Paul J. Byrne, Esq.
5  NIXON PEABODY LLP
   One Embarcadero Center, Suite 1800
6  San Francisco, CA 94111-3996
   Counsel for Creditor, Roosevelt Fund, L.P.
7
   Betty Ferrero
8  800 Mainberry Drive. #505
   Madera, CA 93637-3325
9
   Richard Garman
10 1 Madrona Street
   Belvedere, CA 94920
11 Unsecured creditor list
12
   Tae Noh
13 6594 Gillis Drive
   San Jose, CA 95120-4625
14 Unsecured creditor list

15 Ozcar Multi Strategies LLC
   787 Seventh Avenue, 3rd Floor
16 New York, NY 10019-6146
   Unsecured creditor list
17
   Labor Commissioner
18 1515 Clay St., Room 801
   Oakland, CA 94612-1463
19 Gov. agency notified in all bankruptcy cases

20 U.S. Attorney
   Civil Division
21 450 Golden Gate Ave.
   San Francisco, CA 94 102-3495
22 Gov. agency notified in all bankruptcy cases

23 State Board of Equalization
   Collection Dept.
24 P.O. Box 942879-000 1
   Sacramento, CA 94279-0001
25 Gov. agency notified in all bankruptcy cases

26 Joong M. Yang
   1920 Arrowhead Drive
27 Oakland, CA 94611-1461
   Secured lender subject to 363(f) sale in Ehee bankruptcy case
28

-5-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                    Case No. C 06-06966 SI

```
 1  ///
 2  USBC Manager
    United States Bankruptcy Court
 3  1300 Clay Street
    P.O. Box 2070
 4  Oakland, CA 94612-2070

 5  Judge Leslie Tchaikovsky
    United States Bankruptcy Court
 6  1300 Clay Street
    P.O. Box 2070
 7  Oakland, CA 94612-2070

 8
         I declare under penalty of perjury that the foregoing is true and correct. Executed at San
 9  Francisco, California on June 13, 2008..

10

11                                                     _____
                                                              Jason P. Clark
12
```