1  Henry G. Wykowski (State Bar No. 068255)
   HENRY G. WYKOWSKI & ASSOCIATES
2  235 Montgomery Street, Suite 657
   San Francisco, CA 94104
3  Telephone: (415) 788-4545
   Facsimile: (415) 788-4546
4
5  Attorneys for Messrs. KEVIN BRADFORD
   and RICHARD GARMAN

RECEIVED

08 JUL -2 PM 12: 28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | Case No. No. 06-06966 SI |
| Plaintiff, | (Related to Case Nos. C 07-03996 SI; C 07-03995 SI; C 07-03997 SI) |
| v. | |
| VIPER CAPITAL MANAGEMENT, LLC, et. al., | |
| Defendants, | **REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |
| and | |
| COMPASS WEST FUND, et al., | |
| Relief Defendants. | |
| In re: | |
| EDWARD SEWON EHEE, | **Case No. C 07-03996 SI** (related to: SEC's motion to withdraw reference Case No. C 07-02508 SI) |
| Debtor. | |
| In re: | |
| COMPASS FUND MANAGEMENT, LLC, | **Case No. C 07-03995 SI** (related to: SEC's motion to withdraw reference Case No. C 07-02507 SI) |
| Debtor. | |
| In re: | |
| COMPASS WEST FUND, L.P., | **Case No. C 07-03997 SI** (related to: SEC's motion to withdraw reference Case No. C 07-02509 SI) |
| Debtor. | |

-1-

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                                    Case No. 06-06966 SI

1  Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413, facsimile number 415.439.1500.

All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104, telephone number (415) 788-4545, facsimile number (415) 788-4546.

Dated: _____     _____
                                                                    KEVIN BRADFORD

Dated: _____     _____
                                                                    RICHARD GARMAN

I accept this substitution of attorney.

Dated: _____     HENRY G. WYKOWSKI & ASSOCIATES


                                                                    _____
                                                                    Henry G. Wykowski
                                                                    Attorneys for Plaintiffs
                                                                    KEVIN BRADFORD and RICHARD GARMAN

I consent to the above substitution of attorney.

Dated: _____     KIRKLAND & ELLIS, LLP



                                                                    _____
                                                                    Eliot A. Adelson
                                                                    Attorneys for Plaintiffs
                                                                    KEVIN BRADFORD and RICHARD GARMAN

-2-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                Case No. C 06-06966 SI

1  Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski
2  & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th
3  Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413,
4  facsimile number 415.439.1500.

6  All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at
7  Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104,
8  telephone number (415) 788-4545, facsimile number (415) 788-4546.

10 Dated: 6/17/08                                         _____
11                                                        KEVIN BRADFORD

13 Dated: _____                                 _____
                                                          RICHARD GARMAN

15 I accept this substitution of attorney.

17 Dated: June 24, 2008                                   HENRY G. WYKOWSKI & ASSOCIATES

20                                                        _____
                                                          Henry G. Wykowski
21                                                        Attorneys for Plaintiffs
                                                          KEVIN BRADFORD and RICHARD GARMAN

22 I consent to the above substitution of attorney.

24 Dated: _____                                 KIRKLAND & ELLIS, LLP

                                                          _____
                                                          Eliot A. Adelson
28                                                        Attorneys for Plaintiffs
                                                          KEVIN BRADFORD and RICHARD GARMAN
                                        -2-

     Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413, facsimile number 415.439.1500.

     All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104, telephone number (415) 788-4545, facsimile number (415) 788-4546.

Dated: 6/17/08

_____
KEVIN BRADFORD

Dated: _____

_____
RICHARD GARMAN

I accept this substitution of attorney.

Dated: June 24, 2008

HENRY G. WYKOWSKI & ASSOCIATES

_____
Henry G. Wykowski
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

I consent to the above substitution of attorney.

Dated: 6/25/08

KIRKLAND & ELLIS, LLP

_____
Eliot A. Adelson
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

-2-

## ORDER

The foregoing substitution of attorneys is authorized by the Court.

IT IS SO ORDERED.

Dated: _____

_____
SUSAN ILLSTON
United States District Judge

# PROOF OF SERVICE

I, Jason P. Clark, am a citizen of the United States, over 18 years of age and not a party to this action. My business address is Wykowski & Associates, 235 Montgomery Street Suite 657, San Francisco, CA 94104. On June 13, 2008, I served the following documents:

**REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

I served true and correct copies via U.S. MAIL addressed to the following:

SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (41 5) 705-2500

Albert Ehee
8449 Canterberry Dr.
Burr Ridge , IL 60527-6954
Pro se relief defendant

Jennifer Ehee
6122 Acacia Ave.
Oakland, CA 94618-18 19
Pro se relief defendant

Laurent Chen, Esq.
U.S. Dept. of Justice
Office of the U.S. Trustee
1301 Clay St., Suite 690n
Oakland, CA 94612-5231

eCast Settlement Corporation
P.O. Box 35480
Newark, NJ 07193-5480
Request for Special Notice in Bankruptcy Case

Gilbert B. Weisman
Becket and Lee
P.O. Box 3001
Malvern, PA 19355-0701
Request for special notice in bankruptcy case

Reidun Stromsheim
Law Offices of Reidun Stromsheim
201 California St., Ste. 350
San Francisco, CA 94111-5936
Counsel for Trustee Lois I. Brady

Alan S. Wolf, Esq.
The Wolf Firm, A Law Corporation
38 Corporate Park
Irvine, CA 92606-5105
Counsel for EMC Mortgage Corporation

-4-

```
 1 | ///
   | Barry Milgram, Esq.
 2 | Luce Forward, et al. LLP
   | 121 Spear St., Suite 300
 3 | San Francisco, CA 94105-1582
   | Counsel for Trustee Paul Jordan Mansdorf
 4 |
   | Paul J. Byrne, Esq.
 5 | NIXON PEABODY LLP
   | One Embarcadero Center, Suite 1800
 6 | San Francisco, CA 94111-3996
   | Counsel for Creditor, Roosevelt Fund, L.P.
 7 |
   | Betty Ferrero
 8 | 800 Mainberry Drive. #505
   | Madera, CA 93637-3325
 9 |
   | Richard Garman
10 | 1 Madrona Street
   | Belvedere, CA 94920
11 | Unsecured creditor list
12 |
   | Tae Noh
13 | 6594 Gillis Drive
   | San Jose, CA 95120-4625
14 | Unsecured creditor list
15 | Ozcar Multi Strategies LLC
   | 787 Seventh Avenue, 3rd Floor
16 | New York, NY 10019-6146
   | Unsecured creditor list
17 |
   | Labor Commissioner
18 | 1515 Clay St., Room 801
   | Oakland, CA 94612-1463
19 | Gov. agency notified in all bankruptcy cases
20 | U.S. Attorney
   | Civil Division
21 | 450 Golden Gate Ave.
   | San Francisco, CA 94 102-3495
22 | Gov. agency notified in all bankruptcy cases
23 | State Board of Equalization
   | Collection Dept.
24 | P.O. Box 942879-000 1
   | Sacramento, CA 94279-0001
25 | Gov. agency notified in all bankruptcy cases
26 | Joong M. Yang
   | 1920 Arrowhead Drive
27 | Oakland, CA 94611-1461
   | Secured lender subject to 363(f) sale in Ehee bankruptcy case
28 |
```

-5-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER        Case No. C 06-06966 SI

///
USBC Manager
United States Bankruptcy Court
1300 Clay Street
P.O. Box 2070
Oakland, CA 94612-2070

Judge Leslie Tchaikovsky
United States Bankruptcy Court
1300 Clay Street
P.O. Box 2070
Oakland, CA 94612-2070

    I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 13, 2008..

                                                               Jason P. Clark