1  Henry G. Wykowski (State Bar No. 068255)
   HENRY G. WYKOWSKI & ASSOCIATES
2  235 Montgomery Street, Suite 657
   San Francisco, CA 94104
3  Telephone: (415) 788-4545
   Facsimile: (415) 788-4546
4
5  Attorneys for Messrs. KEVIN BRADFORD
   and RICHARD GARMAN

RECEIVED

08 JUL -2 PM 12:28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, et. al.,<br><br>Defendants,<br><br>and<br><br>COMPASS WEST FUND, et al.,<br><br>Relief Defendants. | Case No. No. 06-06966 SI<br><br>(Related to Case Nos.<br>C 07-03996 SI;<br>C 07-03995 SI;<br>C 07-03997 SI)<br><br><br><br>**REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |
| In re:<br><br>EDWARD SEWON EHEE,<br><br>Debtor. | **Case No. C 07-03996 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02508 SI) |
| In re:<br><br>COMPASS FUND MANAGEMENT, LLC,<br><br>Debtor. | **Case No. C 07-03995 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02507 SI) |
| In re:<br><br>COMPASS WEST FUND, L.P.,<br><br>Debtor. | **Case No. C 07-03997 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02509 SI) |

-1-

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER        Case No. 06-06966 SI

Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413, facsimile number 415.439.1500.

All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104, telephone number (415) 788-4545, facsimile number (415) 788-4546.

Dated: _____

KEVIN BRADFORD

Dated: _____

RICHARD GARMAN

I accept this substitution of attorney.

Dated: _____ HENRY G. WYKOWSKI & ASSOCIATES

Henry G. Wykowski
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

I consent to the above substitution of attorney.

Dated: _____ KIRKLAND & ELLIS, LLP

Eliot A. Adelson
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

-2-

Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413, facsimile number 415.439.1500.

All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104, telephone number (415) 788-4545, facsimile number (415) 788-4546.

Dated: 6/17/08

_____
KEVIN BRADFORD

Dated: _____

_____
RICHARD GARMAN

I accept this substitution of attorney.

Dated: June 24, 2008

HENRY G. WYKOWSKI & ASSOCIATES

_____
Henry G. Wykowski
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

I consent to the above substitution of attorney.

Dated: _____

KIRKLAND & ELLIS, LLP

_____
Eliot A. Adelson
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

-2-

| | |
|---|---|
| 1 | Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski |
| 2 | & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th |
| 3 | Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413, |
| 4 | facsimile number 415.439.1500. |
| 5 | |
| 6 | All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at |
| 7 | Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104, |
| 8 | telephone number (415) 788-4545, facsimile number (415) 788-4546. |

Dated: 6/17/08

_____
KEVIN BRADFORD

Dated: _____

_____
RICHARD GARMAN

I accept this substitution of attorney.

Dated: June 24, 2008

HENRY G. WYKOWSKI & ASSOCIATES

_____
Henry G. Wykowski
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

I consent to the above substitution of attorney.

Dated: 6/25/08

KIRKLAND & ELLIS, LLP

_____
Eliot A. Adelson
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

-2-

## ORDER

The foregoing substitution of attorneys is authorized by the Court.

IT IS SO ORDERED.

Dated: _____

*[signature]*

SUSAN ILLSTON
United States District Judge

-3-

## PROOF OF SERVICE

1

2   I, Jason P. Clark, am a citizen of the United States, over 18 years of age and not a party to this action. My business address is Wykowski & Associates, 235 Montgomery Street Suite 657, San Francisco, CA 94104. On June 13, 2008, I served the following documents:

3

4   **REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

5

    I served true and correct copies via U.S. MAIL addressed to the following:

6

7   SECURITIES AND EXCHANGE COMMISSION
    44 Montgomery Street, 26th Floor
8   San Francisco, California 94104
    Telephone: (41 5) 705-2500
9

    Albert Ehee
10  8449 Canterberry Dr.
    Burr Ridge, IL 60527-6954
11  Pro se relief defendant

12  Jennifer Ehee
    6122 Acacia Ave.
13  Oakland, CA 94618-18 19
    Pro se relief defendant
14

    Laurent Chen, Esq.
15  U.S. Dept. of Justice
    Office of the U.S. Trustee
16  1301 Clay St., Suite 690n
    Oakland, CA 94612-5231
17

    eCast Settlement Corporation
18  P.O. Box 35480
    Newark, NJ 07193-5480
19  Request for Special Notice in Bankruptcy Case

20  Gilbert B. Weisman
    Becket and Lee
21  P.O. Box 3001
    Malvern, PA 19355-0701
22  Request for special notice in bankruptcy case

23  Reidun Stromsheim
    Law Offices of Reidun Stromsheim
24  201 California St., Ste. 350
    San Francisco, CA 94111-5936
25  Counsel for Trustee Lois I. Brady

26  Alan S. Wolf, Esq.
    The Wolf Firm, A Law Corporation
27  38 Corporate Park
    Irvine, CA 92606-5105
28  Counsel for EMC Mortgage Corporation

-4-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                Case No. C 06-06966 SI

1  ///
   Barry Milgram, Esq.
2  Luce Forward, et al. LLP
   121 Spear St., Suite 300
3  San Francisco, CA 94105-1582
   Counsel for Trustee Paul Jordan Mansdorf
4
   Paul J. Byrne, Esq.
5  NIXON PEABODY LLP
   One Embarcadero Center, Suite 1800
6  San Francisco, CA 94111-3996
   Counsel for Creditor, Roosevelt Fund, L.P.
7
   Betty Ferrero
8  800 Mainberry Drive. #505
   Madera, CA 93637-3325
9
   Richard Garman
10  1 Madrona Street
   Belvedere, CA 94920
11  Unsecured creditor list

12  Tae Noh
   6594 Gillis Drive
13  San Jose, CA 95120-4625
   Unsecured creditor list
14
   Ozcar Multi Strategies LLC
15  787 Seventh Avenue, 3rd Floor
   New York, NY 10019-6146
16  Unsecured creditor list

17  Labor Commissioner
   1515 Clay St., Room 801
18  Oakland, CA 94612-1463
   Gov. agency notified in all bankruptcy cases
19
   U.S. Attorney
20  Civil Division
   450 Golden Gate Ave.
21  San Francisco, CA 94 102-3495
   Gov. agency notified in all bankruptcy cases
22
   State Board of Equalization
23  Collection Dept.
   P.O. Box 942879-000 1
24  Sacramento, CA 94279-0001
   Gov. agency notified in all bankruptcy cases
25
   Joong M. Yang
26  1920 Arrowhead Drive
   Oakland, CA 94611-1461
27  Secured lender subject to 363(f) sale in Ehee bankruptcy case

28

-5-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER     Case No. C 06-06966 SI

| | |
|---|---|
| 1 | /// |
| 2 | USBC Manager<br>United States Bankruptcy Court |
| 3 | 1300 Clay Street<br>P.O. Box 2070 |
| 4 | Oakland, CA 94612-2070 |
| 5 | Judge Leslie Tchaikovsky<br>United States Bankruptcy Court |
| 6 | 1300 Clay Street<br>P.O. Box 2070 |
| 7 | Oakland, CA 94612-2070 |

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 13, 2008..

_____
Jason P. Clark

-6-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER     Case No. C 06-06966 SI